IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BYCZEK, on behalf of himself and all other plaintiffs similarly situated known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  16 cv 01044 |
| SIDDHI VINAYAK, INC. d/b/a SUPER 8 BRIDGEVIEW and MANOJ MAHAPATRA, | ) ) ) ) | Judge:  Elaine E. Bucklo<br><br>Magistrate Judge: Jeffrey T. Gilbert |
| Defendant. | ) ) | |

**PLAINTIFFS' MOTION TO ENFORCE
SETTLEMENT AGREEMENT, TO REINSTATE THE
CASE AND FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

Plaintiffs, by their attorneys, state as follows as their Motion to Enforce Settlement Agreement, to Reinstate the Case and for an Award of their Attorneys' Fees and Costs:

1.      On March 7, 2017, the parties held a settlement conference with Magistrate Judge Gilbert.

2.      The parties reached an agreement to resolve their dispute and executed a Settlement and Release Agreement attached hereto as Exhibit 1 (the "Settlement Agreement").

3.      This Court approved the settlement and dismissed the matter without prejudice to be converted to a dismissal with prejudice on July 31, 2018 unless it was reinstated on or before that date.  (Dkt. ## 59, 62).

4.      Pursuant to the terms of the Settlement Agreement, Defendants were to make payments over time as outlined on Exhibit A to the Settlement Agreement.

5.      Plaintiff Amar Evans reports that Defendants have failed to make all payments to her.  Specifically, she is missing the payment that was due in July 2017.

6.      Plaintiffs respectfully request this Court's assistance to enforce the settlement and to reinstate this matter until such time as the Settlement Agreement is enforced and all payments are made.

7.      Plaintiffs' counsel requested Defendants to produce proof of all payments made to Plaintiffs several times over the past year.  To date, Defendants have failed to produce the documents.

8.      Defendants have defaulted on their payments to Plaintiff Amar Evans.

9.      Pursuant to the Settlement Agreement, Plaintiffs are entitled to recovery of their attorney's fees incurred in enforcing the terms of the Settlement Agreement.

Wherefore, Plaintiffs respectfully request that this Court enforce the terms of the Settlement Agreement (Exhibit 1), reinstate this matter for further proceeding and award Plaintiffs' attorney's reasonable fees and costs in enforcing this Agreement, and for such other relief as this Court deems appropriate.

Dated: July 30, 2018                          Respectfully submitted,

                                              By: /s/ Kimberly Hilton
                                                  One of the Plaintiffs' Attorneys


David Fish
Kimberly Hilton
John Kunze
The Fish Law Firm, P.C.
200 E. 5th Ave., Suite
Naperville, IL 60563
(630) 355-7590
khilton@fishlawfirm.com
admin@fishlawfirm.com