IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BYCZEK, on behalf of himself and all other plaintiffs similarly situated known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 16 cv 01044 |
| SIDDHI VINAYAK, INC. d/b/a SUPER 8 BRIDGEVIEW and MANOJ MAHAPATRA, | ) ) ) ) | Judge: Elaine E. Bucklo<br><br>Magistrate Judge: Jeffrey T. Gilbert |
| Defendant. | ) ) | |

**PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO ENFORCE SETTLEMENT AGREEMENT, TO REINSTATE THE <u>CASE AND FOR AN AWARD OF ATTORNEYS' FEES AND COSTS</u>**

Plaintiffs, by their attorneys, state as follows as their Motion to Withdraw their Motion to Enforce Settlement Agreement, to Reinstate the Case and for an Award of their Attorneys' Fees and Costs:

1. On July 30, 2018, Plaintiffs filed a Motion to Enforce Settlement Agreement, to Reinstate the Case and for an Award of Attorneys' Fees and Costs. (Dkt. #63, the "Motion")

2. Plaintiffs filed the Motion because they had not received all payments under the parties' settlement agreement.

3. Subsequent to filing the Motion, Defendants have paid the unpaid payment.

4. As such, Plaintiffs respectfully request this Court to issue an Order withdrawing the Motion.

Wherefore, Plaintiffs respectfully request that this Court allow Plaintiffs to withdraw their Motion to Enforce Settlement Agreement, to Reinstate the Case and for an Award of Attorneys'

Fees and Costs (Dkt. #63), to vacate the motion hearing date of August 8, 2018 and for such other relief as the Court deems reasonable and just.

Dated: August 6, 2018                                         Respectfully submitted,

                                                              By: /s/ Kimberly Hilton
                                                                   One of the Plaintiffs' Attorneys

David Fish
Kimberly Hilton
John Kunze
The Fish Law Firm, P.C.
200 E. 5th Ave., Suite
Naperville, IL 60563
(630) 355-7590
khilton@fishlawfirm.com
admin@fishlawfirm.com